```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


In re:                                  )
                                        )
WOLVERINE, PROCTOR & SCHWARTZ, LLC      )
                                        )
    Debtor.                             )
_____)
                                        )   CIVIL ACTION NO.
LYNNE F. RILEY, Chapter 7 Trustee       )   07-10279-DPW
                                        )
    Respondent,                         )
                                        )
v.                                      )
                                        )
PETER A. CRAWFORD,                      )
                                        )
    Claimant.                           )
```

MEMORANDUM AND ORDER
March 29, 2013

Claimant Peter A. Crawford has belatedly submitted a motion (#190)under Fed. R. Civ. P 60(a) purportedly to correct an arithmetic error in the cost award entered on September 14, 2010. I hereby DENY that motion in this case but will address it further in connection with the appeal from the order of the bankruptcy court as to fee applications now pending before me.  *In re Wolverine, Proctor & Schwartz*, Civil Action No. 12-11983.

                         */s/ Douglas P. Woodlock*
                         DOUGLAS P. WOODLOCK
                         UNITED STATES DISTRICT